BD, CLOSED, JURY

**U.S. District Court**
**Eastern District of Arkansas (Little Rock)**
**CIVIL DOCKET FOR CASE #: 4:08-cv-00152-JMM**

Potts v. Davol Inc et al
Assigned to: Judge James M. Moody
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/20/2008
Date Terminated: 04/02/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Holly Potts** represented by

**Derek H. Potts**
Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
816-931-2230
Email: dpotts@potts-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marie Bernarde Miller**
Gill Elrod Ragon Owen & Sherman, P.A.
Metropolitan Tower
425 West Capitol Avenue
Suite 3801
Little Rock, AR 72201-2413
(501) 376-3800
Email: miller@gill-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Sifers**
Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
816-931-2230
Fax: 816-931-7030
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case 1:08-cv-02376-ML-LDA Document 1-3 Filed 04/14/2008 Page 2 of 2

V.

**Defendant**

**Davol Inc**
*a Delaware corporation*

**Defendant**

**C R Bard Inc**
*a New Jersey corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | 1 | COMPLAINT with Jury Demand against all defendants (Filing fee $350.00, receipt #LIT0010377) filed by Holly Potts; summonses issued and returned to counsel(jap) (Entered: 02/21/2008) |
| 03/25/2008 | 2 | CONDITIONAL TRANSFER ORDER (CTO-16)transferring case to the District of Rhode Island to be consolidated with pleadings In Re: Kugel Mesh Hernia Patch Products Liability Litigation assigned to the Honorable Mary M. Lisi. File extracted. Signed by Jeffery N. Luthi, Clerk of the Panel, on 3/25/08. (bkp) (Entered: 04/02/2008) |
| 04/02/2008 | | Docket Note. Case electronically transferred to the District of Rhode Island on this date. (bkp) (Entered: 04/03/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/14/2008 12:22:43 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:08-cv-00152-JMM |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |